# Exhibit A

# Worby Groner Edelman & Napoli Bern LLP

A Partnership of Limited Liability Partnerships

**115 Broadway**
**New York, New York 10006**
(212) 267-3700
----------
www.wgenblaw.com

May 16, 2007

<u>**VIA: ELECTRONIC MAIL**</u>
Hon. Alvin K. Hellerstein
United States District Court for the
Southern District of New York
500 Pearl Street, Room 910
New York, NY 10007

      **Re:**   *In Re World Trade Center Lower Manhattan Disaster Site Litigation - 21 MC 102*

Dear Judge Hellerstein:

      We are preparing to file new check-off complaints for certain cases pursuant to this Court's March 21, 2007 Order. Attached hereto as Exhibit "A" is a list of cases erroneously filed in the 21 MC 100 master docket including the index number, date filed, and plaintiff's name, that should be removed and classified as related to the 21 MC 102 master docket. We respectfully request that Your Honor instruct the Clerk of this Court to transfer the cases listed in Exhibit "A" to the 21 MC 102 master docket.

      As always, I am available if the Court has any questions.

                  Respectfully,

                  Christopher R. LoPalo

cc:     Defendants' Co-Liaison Counsel
        Plaintiffs' Co-Liaison Counsel

| Plaintiff | IndexNumber | LongFormFiled | CheckOffFiled | Removed |
|---|---|---|---|---|
| Edgar  Abarca and Margoth  Abarca | 06cv1648 | 16-Feb-07 | 01-Mar-06 | 14-Oct-05 |
| Luis  Aguilar and Maria  Aguilar | 06cv12701 | 16-Feb-07 | 20-Oct-06 | 19-Jun-06 |
| Raul  Allivar | 05cv9821 | 20-Feb-07 | 18-Nov-05 | 14-Jun-05 |
| Juan  Alvarez and Maricel  Alvarez | 06cv2814 | 14-Feb-07 | 10-Apr-06 | 23-Sep-05 |
| Maria E. Alvarez and Carlos  Chavarriage | 05cv10135 | 14-Feb-07 | 01-Dec-05 | 14-Jun-05 |
| Jose  Alvarracin | 06cv14459 | 16-Feb-07 | | 07-Dec-06 |
| Santiago  Alvear and Martha  Carpio | 06cv2220 | 14-Feb-07 | 20-Mar-06 | 14-Jun-05 |
| Annunziato | 06cv14466 | 16-Feb-07 | | 07-Dec-06 |
| Fabio  Arbelaez | 05cv10747 | 16-Feb-07 | 22-Dec-05 | 09-Feb-06 |
| Julio  Arias and Jane  Arias | 06CV1340 | 16-Feb-07 | 21-Feb-06 | 09-Feb-06 |
| Jhonson  Arichabala | 05CV8685 | 14-Feb-07 | 11-Oct-05 | 14-Jun-05 |
| Enid  Aristizabal | 06cv4377 | 16-Feb-07 | | 14-Jun-05 |
| Maria  Asencio | 05cv1124 | 14-Feb-07 | | |
| Cesar  Avila and Piedad  Avila | 06-cv-01588 | 16-Feb-07 | | 28-Feb-06 |
| Alekander  Bajguz and Maria  Bajguz | 06cv2528 | 16-Feb-07 | 30-Mar-06 | 14-Oct-05 |
| Ivan  Banda and Martha  Reinoso | 06cv14483 | 16-Feb-07 | | 07-Dec-06 |
| Nestor  Banda and Georgina  Banda | 06cv14484 | 16-Feb-07 | | 07-Dec-06 |
| Virginia  Barbosa | 06cv1649 | 14-Feb-07 | 01-Mar-06 | 14-Jun-05 |
| Luis  Benitez | 06cv13799 | 16-Feb-07 | | 07-Dec-06 |
| Luz  Botero | 05CV1130 | 14-Feb-07 | 29-Jun-05 | |
| Georgina  Cabrera | 05CV1785 | 14-Feb-07 | | |
| Zebiullah  Cagatay and Hamide  Cagatay | 05cv9040 | 14-Feb-07 | 24-Oct-05 | 14-Jun-05 |
| Manuel  Caguana and Antonia  Caguana | 06cv11968 | 14-Feb-07 | 20-Oct-06 | 19-Jun-06 |
| Ivan  Calero and Reyna  Calero | 06cv1650 | 16-Feb-07 | 01-Mar-06 | 14-Oct-05 |
| Consuelo  Campuzano | 06cv14529 | 16-Feb-07 | | 07-Dec-06 |
| Edison  Cardenas | 06cv14533 | 16-Feb-07 | | 07-Dec-06 |
| Victor  Carrasco and H  LEON | 06cv0459 | 20-Feb-07 | | 23-Jan-06 |
| Silvia  Castillo and Segundo  Siguencia | 05cv1718 | 20-Feb-07 | | |
| Yolanda  Cintron | 06cv5631 | 14-Feb-07 | 26-Jul-06 | 19-Jun-06 |
| Cecelia  Claret | 06cv14554 | 16-Feb-07 | | 07-Dec-06 |
| Christopher  Colucci and kelly  colucci | 06cv14564 | 16-Feb-07 | | 07-Dec-06 |
| Jose  Criollo and Maria  Criollo | 05cv1104 | 16-Feb-07 | 30-Jun-05 | |
| Isabel  DeLeon | 06cv14593 | 16-Feb-07 | | 07-Dec-06 |
| Wieslaw  Demko and Elzbieta  Demko | 05cv01032 | 20-Feb-07 | | 23-Sep-05 |
| Dominik  Drozdz and Ewa  Drozdz | 06cv14619 | 20-Feb-07 | | 07-Dec-06 |
| Stanislaw  Drozdz and Monika  Drozdz | 06cv14620 | 20-Feb-07 | | 07-Dec-06 |
| Elvia  Dutan and Wilfredo  Dutan | 06CV5504 | 16-Feb-07 | 20-Jul-06 | 12-Jan-06 |
| Jorge  Encalada | 05CV10737 | 16-Feb-07 | 22-Dec-05 | 14-Oct-05 |
| James  Flynn | 06cv14652 | 16-Feb-07 | | 07-Dec-06 |
| Franciszek  Zugaj and Zofia  Zugaj | 06cv1653 | 14-Feb-07 | 01-Mar-06 | 14-Oct-05 |
| Flavio  Freire | 06cv13909 | 20-Feb-07 | | 07-Dec-06 |
| Rebeca  Gallegos | 05cv9820 | 14-Feb-07 | 18-Nov-05 | 14-Oct-05 |
| Juan  Gallo | 06cv14670 | 16-Feb-07 | | 07-Dec-06 |
| Jose  Garcia | 06cv2218 | 16-Feb-07 | 20-Mar-06 | 14-Jun-05 |
| Viviana  Garcia | 06cv14671 | 16-Feb-07 | | 07-Dec-06 |
| Gildardo  Gomez | 06cv2285 | 16-Feb-07 | 23-Mar-06 | 14-Jun-05 |
| Edward  Gora and Ena Rynczak  Gora | 06cv3302 | 14-Feb-07 | 28-Apr-06 | 14-Oct-05 |
| Malgorzata  Grabowska | 06 cv 4885 | 20-Feb-07 | | 14-Oct-05 |

| Name | Case Number | | | |
|------|-------------|--------|--------|--------|
| Francisco  Guerrero and Arelis  Guerrero | 05CV1636 | 14-Feb-07 | | |
| Rodolfo  Guevara | 06cv3301 | 20-Feb-07 | 28-Apr-06 | 19-Jun-06 |
| Rafael  Gutierrez and Diana V Gutiertez | 06cv2813 | 14-Feb-07 | 10-Apr-06 | 14-Jun-05 |
| Carlos  Guzman and Gloria  Guzman | 06cv2884 | 20-Feb-07 | | 12-Apr-06 |
| Robert  Hernandez | 06cv14719 | 16-Feb-07 | | 07-Dec-06 |
| William  Hurtado | 06cv10781 | 16-Feb-07 | 18-Oct-06 | 09-Feb-06 |
| Diomedes  Ibanez and Daisy  Blandon | 05CV1239 | 14-Feb-07 | 27-Oct-05 | |
| Edgar  Idrovo | 06cv11025 | 16-Feb-07 | 18-Oct-06 | 09-Feb-06 |
| Karpinska | 06cv14741 | 20-Feb-07 | | 07-Dec-06 |
| Jonas  Jaramillo and Blanca  Romelo | 06cv14746 | 20-Feb-07 | | 07-Dec-06 |
| Rogerio  Jarrin and Haydee | 06cv14747 | 16-Feb-07 | | 07-Dec-06 |
| Kajewska-Pielarz | 05CV0744 | 14-Feb-07 | 01-Jul-05 | 13-Jan-05 |
| Kowalczyk | 06cv2252 | 16-Feb-07 | 22-Mar-06 | 09-Feb-06 |
| Kukacki | 06cv14781 | 16-Feb-07 | | 07-Dec-06 |
| Antoni  Kurak | 06 cv 4376 | 20-Feb-07 | 09-Jun-06 | 23-Sep-05 |
| Ana  Lascano | 05cv9333 | 20-Feb-07 | 31-Oct-05 | 14-Jun-05 |
| Carlos  Lenis and Lucia  Lenis | 06cv10045 | 14-Feb-07 | 16-Oct-06 | 14-Oct-05 |
| Ivonne  Leroux | 06cv12772 | 14-Feb-07 | 20-Oct-06 | 14-Oct-05 |
| Jose  Loja | 06CV12219 | 20-Feb-07 | 20-Oct-06 | 12-Apr-06 |
| Milton  Lopez and Georgina L | 06cv14805 | 16-Feb-07 | | 07-Dec-06 |
| Oswaldo  Lopez and Elvia V Lopez | 06cv14807 | 20-Feb-07 | | 07-Dec-06 |
| Wilber  Lopez and Aracelly  Gonzales | 06cv14808 | 16-Feb-07 | | 07-Dec-06 |
| Mariana  Maldonado | 06cv1786 | 16-Feb-07 | 06-Mar-06 | 12-Apr-06 |
| James  McCann | 06cv14847 | 16-Feb-07 | | 07-Dec-06 |
| Sean  McDermott and Eileen  McDermott | 06cv14854 | 16-Feb-07 | | 07-Dec-06 |
| Edgar  Mendez and Jenny  Patricia | 05CV1180 | 16-Feb-07 | 30-Jun-05 | |
| Montenengro | 06CV6018 | 14-Feb-07 | 07-Aug-06 | 14-Jun-05 |
| Leidis  Montero | 05CV1691 | 20-Feb-07 | 04-Nov-05 | |
| Edwin  Morales | 06cv8949 | 14-Feb-07 | 10-Oct-06 | 14-Jun-05 |
| Wilson  Moran and Gloria  Moran | 06CV12341 | 20-Feb-07 | 20-Oct-06 | 14-Oct-05 |
| Sandra  Moreno | 06cv14901 | 16-Feb-07 | | 07-Dec-06 |
| Luis  Naranjo | 05CV10738 | 20-Feb-07 | 22-Dec-05 | 23-Sep-05 |
| Carlos  Narvaez | 06cv2221 | 16-Feb-07 | 20-Mar-06 | 12-Apr-06 |
| Orlando  Ocampo and Janneth  Ocampo | 05cv9161 | 14-Feb-07 | 27-Oct-05 | 14-Jun-05 |
| Mariana  Ortega and Segundo  Narvaez | 05CV1765 | 14-Feb-07 | | |
| Maximo  Pachay | 05cv9041 | 16-Feb-07 | 24-Oct-05 | 14-Jun-05 |
| Carmen  Padilla | 05cv9822 | 16-Feb-07 | 18-Nov-05 | 14-Jun-05 |
| Patricia  Palma | 06 cv 3932 | 14-Feb-07 | 23-May-06 | 12-Apr-06 |
| Gabriel  Pena and Ana  Torres | 05CV1385 | 16-Feb-07 | | |
| Luis  Pena and Maria  Delourdes | 05cv10741 | 14-Feb-07 | 22-Dec-05 | 14-Oct-05 |
| Peter  Gaspar | 05cv10739 | 16-Feb-07 | 22-Dec-05 | 09-Feb-06 |
| Julio  Pichu | 06CV12411 | 14-Feb-07 | 20-Oct-06 | 14-Oct-05 |
| Napoleon  Pina | 06CV12413 | 16-Feb-07 | 20-Oct-06 | 19-Jun-06 |
| Freddy  Pineda | 05CV1349 | 14-Feb-07 | 30-Jun-05 | |
| David  Pinto and Marilyn C Pinto | 06CV12415 | 14-Feb-07 | 20-Oct-06 | 09-Feb-06 |
| Jose  Polo | 05CV1418 | 16-Feb-07 | 30-Jun-05 | |
| Porowski | 06cv3850 | 16-Feb-07 | 19-May-06 | 12-Apr-06 |
| Jan  Pyziak and Zofia  Pyziak | 06CV12425 | 14-Feb-07 | 20-Oct-06 | 23-Sep-05 |
| Quintanilla | 06CV1341 | 20-Feb-07 | 21-Feb-06 | 09-Feb-06 |

| | | | | |
|---|---|---|---|---|
| Angel Reyes | 06cv14998 | 16-Feb-07 | | 07-Dec-06 |
| Sonia Rivera and Andres Rivera | 06cv6234 | 16-Feb-07 | 15-Aug-06 | 14-Jun-05 |
| Maria Robles | 06cv11257 | 16-Feb-07 | 18-Oct-06 | 09-Feb-06 |
| Rosa Rodriguez | 06cv0845 | 16-Feb-07 | 02-Feb-06 | 14-Jun-05 |
| Mario Rojas | 06cv5786 | 16-Feb-07 | 31-Jul-06 | 14-Jun-05 |
| Hipolito Salgado and Teresa Salgado | 05CV1675 | 20-Feb-07 | 30-Jun-05 | |
| Oscar Sanchez | 06cv11892 | 14-Feb-07 | 20-Oct-06 | 23-Sep-05 |
| Maydi' Sarmiento | 06cv6521 | 20-Feb-07 | 28-Aug-06 | 19-Jun-06 |
| Gertrudis Savage and Edward Savage | 05cv9951 | 16-Feb-07 | 30-Jun-05 | |
| Theresa Serrano | 05cv8937 | 14-Feb-07 | 20-Oct-05 | 14-Jun-05 |
| Antonio Silva and Lupe C Silva | 05CV1260 | 20-Feb-07 | | |
| Carlos Silva | 06cv2664 | 14-Feb-07 | 05-Apr-06 | 14-Jun-05 |
| Samuel Sumba and Mercedes Samuel | 05cv1783 | 16-Feb-07 | | |
| Laneth Tabares | 06cv12826 | 16-Feb-07 | 20-Oct-06 | 14-Oct-05 |
| Stephen Tighe and Joyce Tighe | 06cv15091 | 16-Feb-07 | | 07-Dec-06 |
| Carlos Toral and Zoila Toral | 06cv6233 | 20-Feb-07 | 15-Aug-06 | 14-Jun-05 |
| Consuelo Trujillo | 06 CV 3846 | 14-Feb-07 | 19-May-06 | 23-Sep-05 |
| Mario Valenzuela and Viviana Andujar | 06cv14159 | 16-Feb-07 | | 07-Dec-06 |
| Peter Vazquez and Kattia Vazquez | 06cv0070 | 14-Feb-07 | 04-Jan-06 | |
| Fredy Velasquez and Morena Valdez | 06cv11141 | 20-Feb-07 | 18-Oct-06 | 12-Jan-06 |
| Antonio Villacres | 06cv2286 | 14-Feb-07 | 23-Mar-06 | 12-Apr-06 |
| Julio Villafuerte | 06cv1652 | 16-Feb-07 | 01-Mar-06 | 23-Sep-05 |
| Rosa Vivar and Wilson Vivar | 06cv997 | 16-Feb-07 | 08-Feb-06 | 23-Sep-05 |