UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

IN RE WORLD TRADE CENTER LOWER : 21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION :

-----------------------------------------------------------------X
ROBERT WANIURSKI (AND WIFE, EWA : 07-CV-4524-AKH
WANIURSKI), :

                      Plaintiff, : **APPEARANCE**

   - against -

ALAN KASMAN DBA KASCO, *et al.*, : **ELECTRONICALLY FILED**

                     Defendants.
-----------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.**

I certify that I am admitted to practice in this court.

Dated: New York, New York        DICKSTEIN SHAPIRO LLP
       October 3, 2007

                              By:   /s/ Judith R. Cohen
                                   Judith R. Cohen (JC-8614)
                                   1177 Avenue of the Americas
                                   New York, New York 10036
                                   Phone: (212) 277-6500
                                   Fax: (212) 277-6501
                                   *Attorney for Defendant*
                                   MERRILL LYNCH & CO., INC.