UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
IN RE: WORLD TRADE CENTER LOWER          :  Docket No.:
MANHATTAN DISASTER SITE                  :  21 MC 102 (AKH)
LITIGATION                               :
----------------------------------------- :
                                                            :
ROBERT WANIURSKI and EWA                 :  Case No.:
WANIURSKI,                               :  07-CV-4524-AKH
                                                            :
              Plaintiffs,                :
                                                            :  NOTICE OF APPEARANCE
       - against -                       :  BY DEFENDANT
                                                            :  **WESTON SOLUTIONS, INC.**
WESTON SOLUTIONS, INC., *et al*,         :
                                                            :
              Defendants.                :
------------------------------------------------------------X

To the Clerk of this Court and All Parties of Record:

    PLEASE TAKE NOTICE that Defendant WESTON SOLUTIONS, INC. ("Weston"), by and through its attorneys, WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, hereby appears in the above-entitled action, and that all pleadings and papers in this action be served upon the undersigned at the office and address stated below. The undersigned certifies that he is admitted to practice before this Court.

    PLEASE TAKE FURTHER NOTICE that Weston has previously appeared and served its notice of adoption of answer in the Master Docket 21 MC 102, and files this notice merely for the purposes of receiving CM/ECF notifications.

3056877.1

Dated: New York, New York
December 17, 2007

              Yours etc.,

       WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP


           By: _/s/ Jason Harrington_____
             Jason Harrington (JH7273)
             Attorneys for Defendant
             Weston Solutions, Inc.
             150 E 42nd Street
             New York, NY 10017
             (212) 490-3000 (p)
             (212) 490-3038 (f)


To: All parties via ECF